UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARNELL Mc GARY,

        Plaintiff,

v.

CHRISTINE GREGOIRE, *et al.*,

        Defendants.

Case No. C07-5587RJB

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE.** Plaintiff cannot challenge the propriety of his current his commitment in a civil rights action.

(3) This action fails to state a claim and is subject to dismissal pursuant to 28 U.S.C. 1915 (e)(2)(B)(ii).

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold.

DATED this 3rd day of December, 2007.

/s/ Robert J. Bryan
ROBERT J. BRYAN
United States District Judge

ORDER
Page - 1